

# IN THE
# TENTH COURT OF APPEALS

### No. 10-14-00304-CR

**JACOB ANDREW BOHANNON,**

**Appellant**

 **v.**

**THE STATE OF TEXAS,**

**Appellee**

**From the 85th District Court**
**Brazos County, Texas**
**Trial Court No. 11-03281-CRF-85**

## MEMORANDUM OPINION

Appellant Jacob Andrew Bohannon has filed a motion to dismiss this appeal. *See* TEX. R. APP. P. 42.2(a). We have not issued a decision in this appeal, and Bohannon personally signed the motion. The motion is granted, and the appeal is dismissed.

REX D. DAVIS
Justice

Before Chief Justice Gray,
    Justice Davis, and
    Justice Scoggins
Appeal dismissed
Opinion delivered and filed March 19, 2015
Do not publish
[CR25]

